1  FRANNY A. FORSMAN
   Federal Public Defender
2  State Bar No. 000014
   RACHEL M. KORENBLAT
3  Assistant Federal Public Defender
   411 E. Bonneville Ave., Suite 250
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6577
5  Fax: (702) 388-6261

6  Attorney for Juan Arteaga-Rodriguez

7
                    UNITED STATES DISTRICT COURT
8
                         DISTRICT OF NEVADA
9
                              * * *
10

11  UNITED STATES OF AMERICA,              2:90-cr-00117-HDM-LRL

12            Plaintiff,

13  vs.                                    STIPULATION TO VACATE
                                           PRELIMINARY REVOCATION HEARING
14  JUAN ARTEAGA-RODRIGUEZ,
                                                 (First Request)
15            Defendant.

16        IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United

17  States Attorney, and Sarah Griswold, Assistant United States Attorney, counsel for the United States

18  of America, and Franny A. Forsman, Federal Public Defender, and Rachel M. Korenblat, Assistant

19  Federal Public Defender, counsel for Juan Arteaga-Rodriguez, that the preliminary revocation

20  hearing currently scheduled for Friday, April 8, 2011 at 10:00 a.m., be VACATED.

21        This Stipulation is entered into for the following reasons:

22        1.    Counsel for the defense met with Mr. Arteaga today at the Northern Southern

23  Detention Center and has discussed this case in further detail rendering the hearing is no longer

24  necessary.  Mr. Arteaga has given permission to vacate the preliminary revocation hearing currently

25  scheduled for April 8, 2011 at 10:00 a.m

26        2.    The parties agree to the hearing being vacated.

27        3.    The defendant is incarcerated but does not object to the hearing being vacated.

28

1          This is the first stipulation to vacate filed herein.

2          DATED: April 5, 2011.

3

4    FRANNY A. FORSMAN                          DANIEL G. BOGDEN
     Federal Public Defender                    United States Attorney

5

6

     /s/ Rachel M. Korenblat                    /s/ Sarah Griswold
7    By: _____                 By: _____
          RACHEL M. KORENBLAT,                        SARAH GRISWOLD,
8         Assistant Federal Public Defender          Assistant United States Attorney
          Counsel for Juan Arteaga-Rodriguez         Counsel for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

JUAN ARTEAGA-RODRIGUEZ,

            Defendant.

2:90-cr-00117-HDM -LRL-3

**ORDER**

       Based on the pending Stipulation of counsel, and good cause appearing,

       IT IS THEREFORE ORDERED that the preliminary revocation hearing in this matter currently scheduled for April 8, 2011 at 10:00 a.m., be VACATED.

       DATED ___5th___ day of ___April___, 2011.


_____
UNITED STATES MAGISTRATE JUDGE

3